DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-352-GMN-PAL |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO DISMISS** |
| | ) | **CRIMINAL INDICTMENT** |
| GEORGE FLORES, , | ) | **AND ORDER THEREON** |
| Defendants. | ) | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and files this Motion for leave to dismiss the Criminal Indictment, pursuant to Fed. R. Crim. P. 48(a), as against Defendant George Flores only.  Upon review of the entire record, the United States has determined that, in the best interests of justice, the foregoing Criminal Complaint should be dismissed against Defendant Flores without prejudice.

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of Federal Rules of Criminal Procedure, and grant this motion to dismiss the Criminal Indictment, as against Defendant Flores only, without prejudice.

DATED this 2nd day of September, 2015.

**ORDER**

No opposition having been filed by Defendant, George Flores, the Government's Motion to Dismiss Criminal Indictment (ECF No. 99) is hereby **GRANTED**.

 **IT IS HEREBY ORDERED** that the Criminal Indictment **only as to Defendant, George Flores** (ECF No. 6), is **DISMISSED without prejudice**.

 **DATED** this 21st day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully Submitted,
DANIEL G. BOGDEN
United States Attorney
 */s/ Amber M. Craig*
AMBER M. CRAIG
Assistant United States Attorney