UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FLORES,<br><br>Defendant. | Case No. 2:13-cr-00352-GMN-PAL<br><br>ORDER TO RETURN SURRENDERED PASSPORT |

On March 6, 2015, defendant George Flores surrendered his passport, No. 120973064, to the Clerk of Court pursuant to an Order on conditions of pretrial release. On September 21, 2015, the Court granted Government's motion to dismiss the criminal indictment as to defendant George Flores (ECF No. 100). Therefore, the Clerk is hereby directed to return defendant's surrendered passport to the U.S. Department of State, Office of Legal Affairs.

IT IS SO ORDERED.

Dated this  28  day of  June , 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court